a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ERIKA RAQUEL PERAZA                    CIVIL DOCKET NO. 3:26-CV-00188 SEC
HERNANDEZ #A220-070-566,                                                    P
Petitioner

VERSUS                                          JUDGE ALEXANDER C. VAN HOOK

WARDEN RICHWOOD                        MAGISTRATE JUDGE PEREZ-MONTES
CORRECTIONAL CENTER ET AL,
Respondents

---

### ORDER

Pro se Petitioner Erika Raquel Peraza-Hernandez ("Peraza-Hernandez"), an immigration detainee at Richwood Correctional Center in Monroe, Louisiana, filed a deficient Petition for Writ of Habeas Corpus. ECF No. 1. She was ordered to submit her claim on an approved form and sign the Petition. ECF No. 4. Peraza-Hernandez was cautioned that a failure to comply by March 4, 2026, would result in the Petition being stricken from the record. *Id.*

To date, Peraza-Hernandez has failed to comply with the Order.

Accordingly, IT IS HEREBY ORDERED that the Petition (ECF No. 1) is STRICKEN from the record.

SIGNED on Thursday, April 2, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

1